NOT FOR PUBLICATION

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

OCT 2 2017

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| VIKTOR NIKOLAYEVICH OSTAPENKO,<br><br>Petitioner,<br><br>v.<br><br>JEFFERSON B. SESSIONS III, Attorney General,<br><br>Respondent. | No.   16-71883<br><br>Agency No. A071-320-466<br><br>MEMORANDUM[*] |

On Petition for Review of an Order of the
Board of Immigration Appeals

Submitted September 26, 2017[**]

Before:     SILVERMAN, TALLMAN, and N. R. SMITH, Circuit Judges.

Viktor Nikolayevich Ostapenko, a native and citizen of Moldova, petitions

pro se for review of the Board of Immigration Appeals' ("BIA") order denying his

third motion to reopen removal proceedings.  We have jurisdiction under 8 U.S.C.

§ 1252.  We review for abuse of discretion the BIA's denial of a motion to reopen,

---

[*]     This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.

[**]     The panel unanimously concludes this case is suitable for decision without oral argument.  *See* Fed. R. App. P. 34(a)(2).

*Toufighi v. Mukasey*, 538 F.3d 988, 992 (9th Cir. 2008), and we deny the petition for review.

The BIA did not abuse its discretion in denying Ostapenko's third motion to reopen as untimely where it was filed more than two years after the BIA's final order, *see* 8 C.F.R. § 1003.2(c)(2), and where Ostapenko failed to establish prima facie eligibility for the relief he sought, *see* 8 C.F.R. § 1003.2(c)(3)(ii); *Toufighi*, 538 F.3d at 996 (the BIA may deny a motion to reopen for failure to establish prima facie eligibility for the relief sought).

**PETITION FOR REVIEW DENIED.**